205 F.2d 679
 ISBRANDTSEN COMPANY, Inc., as demise charterer of the S.S.
John Miller on behalf of itself and all other
parties in interest, Libellant-Appellee,
v.
FEDERAL INSURANCE COMPANY, United States Fire Insurance
Company, St. Paul Fire& Marine Insurance Company, Home
Insurance Company, Queen Insurance Company of America,
Firemen's Insurance Company, Insurance Company of North
America, Globe& Rutgers Insurance Company, Firemen's Fund
Insurance Company, Hartford Fire Insurance Company, Aetna
Insurance Company and Centennial Insurance Company,
Respondents-Appellants.
THE JOHN MILLER.
 No. 244, Docket 22644.
 United States Court of Appeals Second Circuit.
 Argued May 5, 1953.
Decided June 1, 1953.
 
 Bigham, Englar, Jones & Houston, New York City, Henry N. Longley and F. Herbert Prem, New York City, of counsel, for appellants.
 Lord, Day & Lord, New York City, James S. Hemingway and John W. Castles III, New York City, of counsel, for appellee.
 Before SWAN, Chief Judge, and L. HAND and AUGUSTUS N. HAND, Circuit judges.
 PER CURIAM.
 
 
 1
 Decree affirmed on opinion below. 113 F.Supp. 357.